DAVID A. HUBBERT
Deputy Assistant Attorney General

KHASHAYAR ATTARAN
HENRY C. DARMSTADTER
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
202-514-6056 (v) (Attaran)
202-307-6481 (v) (Darmstadter)
202-307-0054 (f)
Khashayar.Attaran@usdoj.gov
Henry.C.Darmstadter@usdoj.gov

PHILLIP A. TALBERT
United States Attorney
Eastern District of California
*Of Counsel*

*Counsel for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) |
| | ) Case No. 2:23-cv-01164-DAD-DB |
| Plaintiff, | ) |
| | ) STIPULATION FOR ENTRY OF |
| v. | ) JUDGMENT |
| | ) |
| Francis Edward Straw, a/k/a, Frank Straw | ) |
| | ) |
| Defendant. | ) |

Plaintiff United States of America and Defendant Francis Edward Straw hereby stipulate and agree judgment may be entered in favor of the United States and against Francis Edward Straw for his willful failure to file a Report of Foreign Bank and Financial Accounts for calendar years 2006 through 2013 in the amount of $487,486.39, as of June 15, 2023, for penalties assessed against him under 31 U.S.C. § 5321(a)(5), interest under 31 U.S.C. § 3717(a)(1), and late payment penalties under 31 U.S.C. § 3717(e)(2), plus further

1

interest and statutory additions thereon as allowed by law from that date until the liabilities are paid in full.

Dated this 7th day of March 2024.

          Respectfully Submitted,

          DAVID A. HUBBERT
          Deputy Assistant Attorney General

          /s/ Khashayar Attaran
          KHASHAYAR ATTARAN
          HENRY C. DARMSTADTER
          Trial Attorneys, Tax Division
          U.S. Department of Justice
          P.O. Box 683
          Washington, D.C. 20044
          (202) 307-6481 (v)
          Khashayar.Attaran@usdoj.gov
          Henry.C.Darmstadter@usdoj.gov

          /s/ Betty Williams
          BETTY JEAN WILLIAMS
          Law Office of Williams & Associates, PC
          3600 American River Drive
          Suite 135
         Sacramento, CA 95864
          916-488-8501
          Betty@WilliamsTaxLaw.com
          *Attorney for Francis Edward Straw*