UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCIS EDWARD STRAW,<br><br>Defendant. | No. 2:23-cv-01164-DAD-DB<br><br>ORDER GRANTING ENTRY OF STIPULATED JUDGMENT<br><br>(Doc. No. 16) |

Before the court is the parties' stipulated request for the entry of judgment in favor of plaintiff and against defendant "in the amount of $487,486.39, as of June 15, 2023, for penalties assessed against him under 31 U.S.C. § 5321(a)(5), interest under 31 U.S.C. § 3717(a)(1), and late payment penalties under 31 U.S.C. § 3717(e)(2), plus further interest and statutory additions thereon as allowed by law from that date until the liabilities are paid in full." (Doc. No. 16 at 1–2.)

Pursuant to the parties' stipulation and finding good cause, the court will grant the parties' request.

The court hereby orders that judgment in the amount of $487,486.39 is entered in favor of plaintiff United States and against defendant Francis Edward Straw in this action. Interest and statutory additions thereon as allowed by law shall accrue on the judgment from June 15, 2023 until the liabilities are paid in full.

1

The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**March 8, 2024**__

DALE A. DROZD
UNITED STATES DISTRICT JUDGE